United States District Court Central District of Illinois

Nathaniel Jackson
    Plaintiff
v.                                    NO. 12-CV-03023
David Willis, Et Al.
    Defendants                        Colin Stirling Bruce
                                      Judge Presiding

**Plaintiff motion asking the Judge to allow my court appointed counsel Bhairav Radia to withdraw and appoint a new counsel for the reasons stated in my included affidavit**

Nathaniel Jackson, #B-15383, pro se, ask the Judge to allow my court appointed counsel Bhairav Radia from the law firm of O'Halloran, Kosoff, Geitner, and Cook, to withdraw as my court appointed counsel for the reasons stated in my included affidavit.

FILED
OCT -8 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

/s/ Nathaniel Jackson #B-15383
Nathaniel Jackson - Plaintiff
Danville Prison
3820 East Main Street
Danville, Illinois, 61834

Oct 3, 2014

STATE OF ILLINOIS )
COUNTY OF VERMILLION ) SS

## Affidavit

I, Nathaniel Jackson, #B-15383, states under penalty of perjury pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, that the following information is true and correct to the best of my knowledge and belief.

I, Nathaniel Jackson, #B-15383, states that on the 12th day of September 2014, my court appointed counsel Bhairav Radia from the law firm of O'Hallonan, Kosoff, Geitner and Cook, had visited me here at Danville prison and, the first thing that he wanted to change in my complaint was the "Fractured" shoulder part and, to replace it with the word "injured" shoulder. He said that it was easier to prove injured shoulder because there are no x-rays to prove that my shoulder was fractured and, that you need a doctor to be able to use the word fractured. I then told him that the defendants can not prove that my shoulder bone was not fractured if no x-rays exists, and they denied me medical treatment. Mr. Radia then said that the judge is going to say the same thing

PAGE 1 OF 6

1. Which is that only a doctor can use the word
2. Fractured...Ect., and that he, Mr. Radia, was going to
3. file a amended complaint to use the word injured
4. and not Fractured. On October 7, 2014, Mr. Radia had
5. came and visited me again here at Danville prison
6. and, it was then when he had showed me that the
7. jury instructions was changed to say that my
8. shoulder was <u>injured</u> and not <u>Fractured</u> without my
9. consent, and he laughed with joy when i had asked
10. him to show me the information that he had to
11. prove that a lay person as myself, can not use
12. the word Fractured. Mr. Radia then said that he
13. never said that, and i ask that he be ordered
14. to take a polygraph or a lie detectors test
15. to prove this. At the same time, Mr. Radia was
16. pushing me to drop the Failure to protect
17. claim stating that my around "500" pages of
18. grievances and related documents do not show that i
19. was physically injured by the prison guards at
20. Pinckneyville prison back in the year of 2005 when
21. i was previously housed there. But when i read the
22. jury instructions for the Failure to protect claim,
23. it showed that the word "<u>HARM</u>" and not physical
24. injury, as being the basis to prove a Failure to

1. protect claim. Mr. Radia tryed to keep the jury
2. instructions out of my hands as i believe, because
3. i had told him to send me a copy of everything
4. to review and, the jury instructions was not
5. included. Mr. Radia had stated several times in
6. the visiting room among visitors that i claimed
7. that i was sexually assaulted while housed at
8. Pinckneyville when there was other words he
9. could have used to replace the sexual assault words.
10. Mr. Radia also dident feel that the typed
11. deposition hearing transcript that has words
12. added, words switched around, and words missing,
13. was a important issue and, he had sent the
14. case law <u>Baker -v- Ace Advertisers Service, Inc., 134</u>
15. <u>F.R.D 65, 1991</u> and, <u>Chapter Fifteen 15.1 Reviewing,</u>
16. <u>Correcting, Editing, and Supplementing the transcript</u>
17. documents to me (see exhibits "A" and "B") to try
18. and deter me from challenging the bogus
19. deposition transcript. Mr. Radia had told me that
20. i should get the motion erased off of the docket
21. which concerns prison guards injecting a virus in
22. the back of my head with a needle and, i had
23. showed him my medical records to prove that i am
24. presently trying to get tested and treated by

1 doctors outside of I.D.O.C because the virus
2 has developed into some form of brain disease.
3 Mr. Radia also had told me that the assistant
4 attorney general Htin M. Win had told him that
5 i was originally housed at Logan prison back in
6 the year of 2007 when i had refused housing and
7 was put in segregation to keep from being sent back
8 to Shawnee prison where employees are at who are my
9 enemies. I then told Mr. Radia why would he believe
10 that when i gave you a copy of my grievance and the
11 disciplinary ticket. When Mr. Radia told me on 10-2-2014
12 that i have a week case with the failure to protect
13 claim and, a "50" "50" chance of winning the excessive
14 force claim with only a little money being awarded for
15 compensatory damages, i knew that he was working
16 with the defense attorneys. Mr. Radia also had told
17 me that the reason why i will get a little money for
18 compensatory damages is because, i cant prove that i
19 was injured by not having the X-rays to prove
20 that my shoulder was fractured. He said that i have
21 to prove that i was physically injured to get a
22 lots of money for a compensatory damage claim. I
23 also had told Mr. Radia that the jury instruction
24 for the compensator claim of awarding only $1.00

is for nominal damages. Nominal damages are awarded when you have proven a violation of your rights, but you have not shown any actual harm that can be compensated. This may be the reason why Mr. Radia wanted to change my fractured shoulder injury to just injured and, he don't want to use my up-to-date medical records to show that I am in pain every time I use my fractured shoulder arm. Even more so, Mr. Radia don't want to counter attack the exhibits that the defendants are using to bring up my mental health history which is to try and discredit my credibility but, I have "19" legal boxes and a civil rights law suit JACKSON-V-ANGUS, ET AL, 12-CV-01084, C.D.Ill., pending in the district court concerning this matter to prove that racist corrupt prison guards who are homosexuals, masons, ku klux klans, and other white supremacist street gang terrorist are targeting us litigious who file grievances and civil rights complaints against them, and they are using the whole mental health system as a tool to commit torture and murder. Even more so, Mr. Radia did not try to move the trial date back to be able to obtain all of the discovery request, review those requests, and

1  subpoena witnesses from those discovery requests.
2  After all, he was appointed to represent me at trial
3  less than two months before the scheduled trial
4  date, and the defendants refused to give me my
5  discovery requests eight months ago but, gave them
6  to Mr. Radia a few weeks before trial. It is very
7  important that I mention that Mr. Radia had told
8  me when we first met on 9-12-2014, that their
9  law firm normally represent the defendants in
10 matters before the court. This is a conflict of
11 interest.

October 3, 2014

/S/ Nathaniel Jackson #B-15383
Nathaniel Jackson - Affiant
Danville Prison

PAGE 6 OF 6

STATE OF ILLINOIS
　　　　　　　　SS
COUNTY OF 　　　　　　　　　IN THE

_United States District Court the_

_Central District of Illinois_

| | |
|---|---|
| Nathaniel Jackson ) | |
| Plaintiff ) | |
| ) | CASE NO. 12-CV-03023 |
| vs ) | |
| David Willis, Et Al. ) | |
| Defendants | |

NOTICE OF FILING

TO: Htin M. Win　　　　TO: _____　　　　TO: _____
　　Assit. Atty Gen

___1_ copy　　　　___ copy(ies)　　　　___ copy(ies)

PLEASE TAKE NOTE that on the _3_ day of _October_, 2014, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) Motion to Allow Counsel to Withdral
2) Affidavit in Support of Motion
3) ___
4) ___
5) ___
6) ___
7) ___
8) ___

### AFFIDAVIT OF SERVICE

I, _Nathaniel Jackson_, being first duly sworn on oath, deposes and avers that he/~~she~~ has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit # _1_ located at _Danville_ Correctional Center in _Danville_, IL for delivery as 1st Class Mail.

s/s _Nathaniel Jackson_
NAME: _Nathaniel Jackson_
IDOC Reg. No. _B-15383_

Subscribed and sworn to before me this ___ day of _____,_____

　　　　　　　　　　　　　　NOTARY PUBLIC

Revised Jan 2002