# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 15, 2015

Before

RICHARD A. POSNER, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 14-3226 | NATHANIEL JACKSON,<br>Plaintiff - Appellant<br><br>v.<br><br>LIEUTENANT DAVID WILLIS, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-03023-CSB-DGB<br>Central District of Illinois<br>District Judge Colin S. Bruce | |

The following are before the court:

1. **PLAINTIFF ASK THE COURT OF APPEAL TO REVIEW HIS APPEAL UNDER FEDERAL RULES OF APPELLATE PROCEDURE 24(A)**, filed on October 27, 2014, by pro se Appellant Nathaniel Jackson.

2. **PLAINTIFF'S MOTION FOR A "60" DAY EXTENSION OF TIME TO OBTAIN DOCUMENTS TO PROVE THAT JACKSON V. ANGLIN AND JACKSON V. RANDLE ARE NOT MY CASES IN WHICH THIS COURT USED TO DENY MY REQUEST TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on March 16, 2015, by pro se Appellant Nathaniel Jackson.

3.  **PLAINTIFF'S MOTION TO PRESENT EVIDENCE THAT THE CASE JACKSON V. ANGLIN, 11-CV-02202, C.D. ILL BELONGS TO A PRISONER NAME NATHANIEL T. JACKSON WITH THE PRISON I.D. NUMBER OF B-04128 AND MY PRISON I.D. NUMBER IS B-15383 AND I DON'T HAVE NO MIDDLE NAME AT ALL**, filed on March 16, 2015, by pro se Appellant Nathaniel Jackson.

4.  **PLAINTIFF'S MOTION INFORMING THE COURT THAT I HAVE NOT RECEIVED A RESPONDS FROM THE COURT OR CLERK CONCERNING MY MOTION FOR A "60" DAY EXTENSION OF TIME TO OBTAIN DOCUMENTS TO PROVE THAT THE CASE JACKSON V. ANGLIN AND JACKSON V. RANDLE ARE NOT MY CASES IN WHICH THIS COURT HAS USED TO DENY MY REQUEST TO PROCEED ON APPEAL IN FORMA PAUPERIS,** filed on April 8, 2015, by pro se Appellant Nathaniel Jackson.

5.  **PLAINTIFF'S MOTION INFORMING THE COURT THAT I STILL HAVE NOT OBTAINED DOCUMENTS FROM ATTORNEYS WHOM I HAVE WROTE TO SHOW THE COURT THAT THE CASE JACKSON V. RANDEL, 11-CV-2110, C.D. ILL. MIGHT BELONG TO THE PRISONER NATHANIEL T. JACKSON #B-04128 WHO IS THE OWNER OF THE CASE JACKSON V. ANGLIN, 11-CV-02202, C.D. ILL. IN WHICH THIS COURT USED TO DENY ME IN FORMA PAUERIS STATUS ON APPEAL**, filed on April 30, 2015, by pro se Appellant Nathaniel Jackson.

6.  **PLAINTIFF'S MOTION TO INFORMING THE COURT THAT I STILL HAVE NOT OBTAINED DOCUMENTS FORM ATTORNEYS WHOM I HAVE WROTE TO SHOW THE COURT THAT THE CASE JACKSON V. RANDEL, 11-CV-2110, C.D. ILL. MIGHT BELONG TO THE PRISONER NATHANIEL T. JACKSON #B-04128 WHO IS THE OWNER OF THE CASE JACKSON V. ANGLIN, 11-CV-02202, C.D. ILL. IN WHICH THIS COURT USED TO DENY ME IN FORMA PAUERIS STATUS ON APPEAL**, filed on May 4, 2015, by pro se Appellant Nathaniel Jackson.

The appellant's motions are construed as motions to reconsider this court's order dated March 6, 2015, and the requests for reconsideration are **GRANTED**. Upon further review, the appellant is correct that two of the strikes counted against him were incurred in cases filed by an inmate with a different Illinois Department of Corrections inmate number. Although the district court docket sheets list the plaintiff as Nathaniel Jackson, inmate #B15383, the complaints in these cases are signed by Nathaniel T. Jackson, inmate #B04128. See *Jackson v. Anglin*, 2:11-cv-02202-MPM-DGB (C.D. Ill. Nov. 18, 2011); *Jackson v. Randel*, 2:11-cv-2110-MPM-DGB (C.D. Ill. June 1, 2011). The clerk of this court shall send a copy of this order to the United States District Court for the

No. 14-3226 Page 3

Central District of Illinois to determine whether the dockets should be corrected in these two cases. Only two of the strikes listed in the March 6 order should have been counted against the appellant in this case, Nathaniel Jackson, inmate #B15383. *Jackson v. Walker*, 3:07-cv-00625 (S.D. Ill. July 25, 2008) (dismissing the complaint as legally frivolous and assessing a strike); *Jackson v. Chandler*, 1:06-cv-05883 (N.D. Ill. Jan. 29, 2007) (dismissing the complaint for failure to state a claim and assessing a strike). Accordingly,

**IT IS ORDERED** that the order dated March 6, 2015, providing that the appellant has incurred three strikes is **VACATED**. Upon consideration of the appellant's motion to proceed in forma pauperis, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal, this court has determined that the district court erred in its bad-faith determination. The motion for leave to proceed on appeal in forma pauperis is **GRANTED**. The district court is instructed to assess an initial partial filing fee for the appeal and to notify this court when the partial fee has been collected.

form name: **c7_Order_3J**(form ID: **177**)